UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| J & J Sports Productions, Inc.,<br>**Plaintiff,**<br><br>vs.<br><br>**Zappa & Zappa, a partnership, d/b/a Mudds &<br>Sudds, Marc A. Zappa, individually and<br>as partner and Gary T. Zappa, individually<br>and as partner,**<br>**Defendants.** | **Case No. 10-cv-756**<br><br>**ORDER FOR SETTLEMENT AND<br>DISMISSAL**<br>**DESIGNATION: OTHER STATUTES**<br>409 Cable/Satellite TV |

Based upon the Stipulation for Settlement entered into by the parties in the above captioned matter,

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1.      The defendants have paid to the plaintiff the total sum of $7,500.00 in settlement of the above captioned case.

2.      The above captioned matter shall be dismissed with prejudice and further costs to either party.

Dated this _18th_ day of _February_, 2011

BY THE COURT:

United States District Judge William M. Conley